IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZIE ZUPAN and PAUL ZUPAN,

    Plaintiff,

v.

CALIFORNIA DEPT OF CORPORATIONS, PRESTON DEFAUCHARD, JOHN DREWS, MARC VALLE, JAMES WALL, HOWARD GORE, LEONARD RIFKIND, POSIE CONKLIN and MARK MOSELY,

    Defendants.
_____/

No. 09-01014 CW

ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to the Court's Order Granting Defendants' Motions to Dismiss and Administratively Closing Case,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of this action as to Defendants John Drews and Marc Valle, and, should further proceedings in this litigation become necessary or desirable as to those Defendants, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 2/8/10

                      CLAUDIA WILKEN
                      United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SUZIE ZUPAN et al,

        Plaintiff,

v.

CALIFORNIA DEPT OF CORPORATIONS et al,

        Defendant.
_____/

Case Number: CV09-01014 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Wall
530 Alameda Del Prado
#194
Novato, CA 94949

Paul Zupan
P.O. Box 1028
Sausalito, CA 94966

Suzie Zupan
P.O. Box 1028
Sausalito, CA 94966

Dated: February 8, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk